UNITED STATES of America, Plaintiff–Appellee,

v.

William Ferris WHITE, a/k/a William Ferry White, Defendant–Appellant.

No. 01–4800.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Paul P. Vangellow, Paul P. Vangellow, P.C., Falls Church, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Michael E. Rich, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In this appeal, William White, sentenced to thirty-seven months' imprisonment following his conditional guilty plea to one count of being a felon in possession of a firearm, *see* 18 U.S.C.A. § 922(g)(1) (West 2000), challenges only the district court's denial of his motion to dismiss his indictment for lack of jurisdiction. In that motion, White argued the interstate com-

merce requirement of § 922(g) could not be satisfied by simply possessing a firearm that had traveled in interstate commerce. However, because this theory has been rejected, *see Scarborough v. United States,* 431 U.S. 563, 575, 97 S.Ct. 1963, 52 L.Ed.2d 582 (1977); *United States v. Wells,* 98 F.3d 808, 811 (4th Cir.1996), we find the district court properly denied White's motion. Accordingly, we affirm White's conviction and sentence and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*